# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
200 Park Avenue – 17th Floor
New York, New York 10166
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

February 28, 2022

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: *Gonzalez, et al. v. Ninth Ave. Kitchen Corp., et al.*
Case No. 21-CV-1158 (KPF) (OTW)

Dear Judge Failla,

We are counsel to the plaintiffs in the above-referenced Fair Labor Standards Act matter. Please accept this letter as the parties' joint request for an extension of time, until March 18, 2022, to file their settlement papers for the Court's review and approval.

No prior request for similar has been made, and no other dates would be affected.

We thank the Court for considering this application.

Respectfully submitted,

/s/
Justin Cilenti

cc: Brett R. Gallaway, Esq. (by ECF)

```
Application GRANTED.  The parties are directed to submit their
settlement papers on or before March 18, 2022.  The Clerk of
Court is directed to terminate the motion at docket number 28.

Dated:    February 28, 2022              SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE