# MCLAUGHLIN & STERN, LLP
## FOUNDED 1898

| **BRETT R. GALLAWAY**<br>Partner<br>bgallaway@mclaughlinstern.com<br>(212) 448-1100 | 260 MADISON AVENUE<br>NEW YORK, NEW YORK 10016<br>(212) 448–1100<br>FAX (212) 448–0066<br>www.mclaughlinstern.com | MILLBROOK, NEW YORK<br>GREAT NECK, NEW YORK<br>WEST PALM BEACH, FLORIDA<br>NAPLES, FLORIDA |

March 17, 2022

**Via ECF**
Hon. Katherine Polk Failla
United States District Court
40 Foley Square
Courtroom 618
New York, New York 10007



Re:   Joint Letter Motion for Extension of Time to Submit Settlement Papers
      *Gonzalez, et al. v. Ninth Ave. Kitchen Corp., et al.*, 1:21-cv-1158 (KPF)

Dear Judge Failla:

Pursuant to Local Rule 7.1(d) and Your Honor's Individual Rule of Practice 2(D), Defendants in the above-referenced matter write to respectfully request that the deadline to submit the parties' settlement papers, presently set for March 18, 2022, be extended to April 22, 2022.

The reason for this request is because Defendants are presently abroad in a remote part of Thailand with no means to access electronic communications, and as such are unable to execute the settlement papers until their return in mid-April. There have been three (3) previous requests for an extension of time in this case; two such requests, to extend Defendants' Answer deadline and to extend deadline to file settlement agreement, were granted by the Court. Plaintiffs' counsel consents to this request to extend the deadline to submit the parties' settlement papers to April 22, 2022.

Thank you for your attention to the above.

Respectfully jointly submitted,

*/s/ Brett R. Gallaway*
Brett R. Gallaway, Esq.
McLaughlin & Stern LLP
260 Madison Avenue
New York, New York 10016
*Attorneys for Defendants*

Application GRANTED. The parties are directed to submit their settlement papers on or before April 22, 2022. The Clerk of Court is directed to terminate the motion at docket number 30.

Dated:  March 18, 2022              SO ORDERED.
        New York, New York

                                    *signature*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE