# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
200 Park Avenue – 17th Floor
New York, New York 10166

Telephone (212) 209-3933
Facsimile (212) 209-7102

April 14, 2022

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re:   *Gonzalez, et al. v. Ninth Ave. Kitchen Corp., et al.*
      Case No. 21-CV-1158 (KPF) (OTW)

Dear Judge Failla,

We are counsel to the plaintiff in the above-referenced matter. Pursuant to the Court's Order, the parties are to submit their settlement agreement for review and approval by April 22, 2022.

The parties remain in the process of finalizing the settlement papers, and plaintiff's counsel is out-of-pocket next week. Consequently, please accept this letter as the parties' request for a two-week extension of time to file their settlement documents until May 6, 2022.

Two prior requests for similar relief have been granted, and no other dates would be affected.

We thank the Court for considering this application.

Respectfully submitted,

Justin Cilenti

cc: Brett R. Gallaway, Esq. (by ECF)

Application GRANTED. The parties are directed to submit their settlement papers on or before May 6, 2022. The Clerk of Court is directed to terminate the motion at docket number 32.

Dated:    April 14, 2022          SO ORDERED.
          New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE