UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
QUIRINO ORTEGA GONZALEZ, ANTONIO : Case No. 21-CV-1158
ORTEGA GONZALEZ, and CRUZ MEJIA, on behalf : (KPF) (OTW)
of themselves and others similarly situated, :
:
                        Plaintiffs, : **STIPULATION AND**
: **ORDER OF DISMISSAL**
   -against- :
:
NINTH AVE. KITCHEN CORP. d/b/a YUM YUM TOO, :
BOYYTHAI CORP. d/b/a YUM YUM TOO, :
AMNARD BHUVIRIYAKUL, NARES JETANAMEST, :
and PETER KWANCHAIPRUCK, :
:
                        Defendants. :
-----------------------------------------------------------------------X

WHEREAS, on February 9, 2021, Plaintiffs filed a complaint, which asserted claims for, *inter alia*, unpaid minimum wages and overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), and the New York Labor Law;

WHEREAS, although commenced as a collective action, Plaintiffs did not seek conditional certification, and no other individuals received notice of the action;

WHEREAS, the parties settled this action based upon arms-length negotiations, the terms of which have been judicially reviewed and are deemed fair and reasonable, and are incorporated herein by reference; and

WHEREAS, the United States District Court for the Southern District of New York shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between the parties in this action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendants that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with no award of counsel fees or costs by the Court to either side.

Dated: New York, New York
       May 2, 2022

| CILENTI & COOPER PLLC | McLAUGHLIN & STERN, LLP |
|---|---|
| *(signature)* | *(signature)* |
| Justin Cilenti, Esq. | Brett R. Gallaway, Esq. |
| 200 Park Avenue – 17th Floor | 260 Madison Avenue |
| New York, NY 10017 | New York, NY 10016 |
| Tel: (212) 209-7102 | Tel: (212) 448-1100 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED.

*(signature: Katherine Polk Failla)*   Dated:   May 17, 2022
                                                New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE